■ In the Matter of ANGEL MARIE L., a Child Alleged to be Neglected. DUTCHESS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DOROTHY L., Appellant. [773 NYS2d 610]—In a neglect proceeding pursuant to Family Court Act article 10, the mother appeals from a fact-finding order of the Family Court, Dutchess County (Forman, J.), entered August 22, 2003, made after a hearing, which found, inter alia, that she neglected her daughter Angel Marie L.

Ordered that the fact-finding order is affirmed, without costs or disbursements.

We find no basis to disturb the Family Court's determination in this case. The finding of neglect is supported by a preponderance of the credible evidence (*see* Family Ct Act § 1046 [b] [i]),

which demonstrated that the child was at imminent risk of danger as a result of the mother's mental illness (*see Matter of Octavia S.*, 255 AD2d 316, 316-317 [1998]; *Matter of Jesse DD.*, 223 AD2d 929, 931-932 [1996]). Where, as here, the Family Court is confronted primarily with issues of credibility, its factual findings must be accorded great weight on appeal (*see Matter of Commissioner of Social Servs. of City of N.Y. [Jasmin G.] v Ivan G.*, 226 AD2d 529 [1996]).

The mother's remaining contention is without merit. Altman, J.P., S. Miller, Krausman and Cozier, JJ., concur.